**No. 10-10389. James William Aussicker, Petitioner v. Cindi Curtin, Warden.**

564 U.S. 1062, 132 S. Ct. 68, 180 L. Ed. 2d 935, 2011 U.S. LEXIS 5157.

September 2, 2011. Petition for rehearing denied.

**935**

Former decision, 564 U.S. 1026, 131 S. Ct. 3039, 180 L. Ed. 2d 858, 2011 U.S. LEXIS 4646.